# United States Bankruptcy Court for the
# Southern District of Georgia

IN RE:

WAYCROSS PROPERTIES, INC.

Case No. 01-52059-JSD

Debtor(s) /

**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By wpena at 10:05 am, Dec 20, 2010

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Scott Hart, in the amount of $2,438.04 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a Motion for the Recovery of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the US Attorney for the Southern District of Georgia, U.S. Trustee and Case Trustee, and there being no objections filed, it is further appearing that Scott Hart now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,438.04, to:

Scott Hart
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125

Dated: December 17, 2010.

JOHN S. DALIS, Judge
United States Bankruptcy

ORDER PREPARED BY:

*/s/ Daniel L. Wilder*
Daniel L. Wilder, Esquire
GA Bar No. 141448
Law Office of Emmett L Goodman Jr LLC
544 Mulberry Street, Suite 800
Macon, GA 31201-2776
(478) 745-5415
(478) 746-8655